**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: OLIVER, HAROLD R | § | Case No. 11-83364 |
| OLIVER, REBECCA D | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 29, 2011. The undersigned trustee was appointed on March 08, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $          6,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5.75 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 5,964.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/26/2013 and the deadline for filing governmental claims was 01/25/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $84.19, for total expenses of $84.19.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/11/2013            By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Period Ending:** 09/11/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   6.5 acres of Acres of vacant farmland, Route34, | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2   10 acres of vacant farmland 50% Trust Beneficiar | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 3   15426A Millhurst, Plano, Il 60545 | 2,500,000.00 | 0.00 | OA | 0.00 | FA |
| 4   Mason Square Phase II 1100-1148, 1152-1168 Dougl | 4,000,000.00 | 0.00 | | 0.00 | FA |
| 5   300 N. Lake Street, Montgomery, Il 60538 Trust 5 | 700,000.00 | 0.00 | | 0.00 | FA |
| 6   109-111 N. River Street, Montgomery, Il 60538 Tr | 950,000.00 | 0.00 | | 0.00 | FA |
| 7   1996 Cannonball Trail, Bristol, Il 60512 | 150,000.00 | 0.00 | | 0.00 | FA |
| 8   Mason Square Executive Center, (Lot 16) trust 59 | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 9   3 acres of vacant Farmland, 5529-5553 Manhatten | 200,000.00 | 0.00 | | 0.00 | FA |
| 10  107 Acres of vacant land, Ottawa, Il Trust 2454, | 1,070,000.00 | 0.00 | | 0.00 | FA |
| 11  65 acres of Vacant land, Ottawa, Il, Trust 2454, | 250,000.00 | 0.00 | | 0.00 | FA |
| 12  1878 and 1880 N 2753 Rd., Ottawa, Il 61350 | 160,000.00 | 0.00 | | 0.00 | FA |
| 13  Rt 47 and Rt 120, Yorkville, Il 60560 | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 14  15426A Millhurst, Plano, Entireties | Unknown | 0.00 | | 0.00 | FA |
| 15  Old Second checking account 23-314-8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 16  Checking account 1st Midwest Bank | 1,549.00 | 0.00 | | 0.00 | FA |
| 17  Savings account Old Second National Bank | 654.00 | 0.00 | | 0.00 | FA |
| 18  Checking Account 1st Community Bank | 4,987.00 | 0.00 | | 0.00 | FA |
| 19  Misc Household goods and furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 20  4 rooms of furniture and misc. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 21  Northwestern Mutual Life policy #17-503268 Rebec | 0.00 | 0.00 | | 0.00 | FA |
| 22  Northwestern Mutual Life Insurance Policy # 15-1 | 0.00 | 0.00 | | 0.00 | FA |
| 23  Northwestern Mutual Life Insurance Policy 13-511 | 0.00 | 0.00 | | 0.00 | FA |
| 24  Ironworkers Pension Plan | 21,900.16 | 0.00 | | 0.00 | FA |
| 25  Laborer's Union Pension Fund Harold Oliver | 79,716.00 | 0.00 | | 0.00 | FA |
| 26  Harold Oliver IRA Edward Jones & Co. | 25,120.00 | 0.00 | | 0.00 | FA |
| 27  Rebecca Oliver, IRA Edward Jones & Co. | 35,391.55 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Period Ending:** 09/11/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 50% of Play it Again Sam,LLC 1022 Douglas Rd. Os | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 50% of Quarry Ledge, LLC owns 195 acres on Minkl | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 50% interest in Oliver-Weber partnership owns 31 | 0.00 | 0.00 | | 0.00 | FA |
| 31 | X & P Enterprises, LLC f/k/a HRM Properties & De | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 50% of Oliver Peskind, LLC Real Estate Holding C | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 100% of H & J Investments, LLC Real Estate Holdi | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 100 % of Shorewood Commons II, Lot 4, LLC f/k/a | 0.00 | 0.00 | | 0.00 | FA |
| 35 | 50% of Van Dyke Road / Plainfield, LLC mixed use | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 50% of Adams Street Oswego, LLC Real Estate Hold | 0.00 | 0.00 | | 0.00 | FA |
| 37 | Cause of action against Private Bank for Fraud, | Unknown | 0.00 | | 0.00 | FA |
| 38 | Counter claim agsint Castle Bank for fraud. | Unknown | 0.00 | | 0.00 | FA |
| 39 | Claim against Greg Millen for Breach of Contract | Unknown | 6,000.00 | | 6,000.00 | FA |
| 40 | 2002 Cadillac DeVille 4 door | 2,500.00 | 0.00 | | 0.00 | FA |
| 41 | 2000 Dodge Grand Caravan | 1,900.00 | 0.00 | | 0.00 | FA |
| 42 | Misc. computers printers and phones and Office E | 500.00 | 0.00 | | 0.00 | FA |
| 43 | Interest in Hicks Dome Minteral Co. (u) | 0.00 | 8,000.00 | | 0.00 | FA |
| 44 | 100% Mason Corporation, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 45 | 100% HRM Holdings, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 46 | 100% HRM Commercial, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 47 | 100% HRM Residential, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 47 | **Assets Totals** (Excluding unknown values) | **$17,359,217.71** | **$14,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Period Ending:** 09/11/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2014  **Current Projected Date Of Final Report (TFR):** August 15, 2013 (Actual)

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-83364 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | OLIVER, HAROLD R | | Bank Name: | Rabobank, N.A. |
| | OLIVER, REBECCA D | | Account: | ****055166 - Checking Account |
| Taxpayer ID #: | **-***5346 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 09/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/13 | {39} | RJ Keck Pipe & Supply Company | Settlement re: Breach of Contract | 1129-000 | 6,000.00 | | 6,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-83364, Bond #016018067 | 2300-000 | | 5.75 | 5,984.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,974.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,964.25 |
| | | | **ACCOUNT TOTALS** | | **6,000.00** | **35.75** | **$5,964.25** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,000.00** | **35.75** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$35.75** | |

```
Net Receipts :        6,000.00
                   _____
Net Estate :         $6,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****055166** | 6,000.00 | 35.75 | 5,964.25 |
| | **$6,000.00** | **$35.75** | **$5,964.25** |

{} Asset reference(s)

## Claims Proposed Distribution

### Case: 11-83364   OLIVER, HAROLD R

**Case Balance:** $5,964.25    **Total Proposed Payment:** $5,964.25    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch. 7 | 84.19 | 84.19 | 0.00 | 84.19 | 84.19 | 5,880.06 |
|  | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,350.00 | 1,350.00 | 0.00 | 1,350.00 | 1,350.00 | 4,530.06 |
|  | Yalden, Olsen & Willette <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,687.50 | 1,687.50 | 0.00 | 1,687.50 | 1,687.50 | 2,842.56 |
| 1S | Ottawa Savings Bank | Secured | 1,645,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 1S-2 | Ottawa Savings Bank | Secured | 1,645,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 2 | JP Morgan Chase Bank N>A> | Secured | 355,241.45 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 5S | First National Bank of Ottawa | Secured | 1,950,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 6S | First National Bank of Ottawa | Secured | 1,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 7S | First National Bank of Ottawa | Secured | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 8S | First National Bank of Ottawa | Secured | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 9S | First National Bank of Ottawa | Secured | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 10S | First National Bank of Ottawa | Secured | 175,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 1U | Ottawa Savings Bank | Unsecured | 215,042.79 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.56 |
| 1U-2 | Ottawa Savings Bank | Unsecured | 215,042.79 | 215,042.79 | 0.00 | 215,042.79 | 84.97 | 2,757.59 |
| 3 | Inco Insurance Services, Inc. | Unsecured | 1,157.00 | 1,157.00 | 0.00 | 1,157.00 | 0.46 | 2,757.13 |
| 4 | The Private Bank And Trust Co. | Unsecured | 601,193.58 | 601,193.58 | 0.00 | 601,193.58 | 237.55 | 2,519.58 |
| 5U | First National Bank of Ottawa | Unsecured | 274,226.14 | 274,226.14 | 0.00 | 274,226.14 | 108.36 | 2,411.22 |
| 6U | First National Bank of Ottawa | Unsecured | 311,581.77 | 311,581.77 | 0.00 | 311,581.77 | 123.12 | 2,288.10 |
| 7U | First National Bank of Ottawa | Unsecured | 153,963.89 | 153,963.89 | 0.00 | 153,963.89 | 60.84 | 2,227.26 |
| 8U | First National Bank of Ottawa | Unsecured | 65,673.01 | 65,673.01 | 0.00 | 65,673.01 | 25.95 | 2,201.31 |
| 9U | First National Bank of Ottawa | Unsecured | 65,673.01 | 0.00 | 0.00 | 0.00 | 0.00 | 2,201.31 |
| 10U | First National Bank of Ottawa | Unsecured | 217,234.98 | 217,234.98 | 0.00 | 217,234.98 | 85.84 | 2,115.47 |
| 11 | First National Bank of Omaha, N.A. | Unsecured | 5,353,745.30 | 5,353,745.30 | 0.00 | 5,353,745.30 | 2,115.47 | 0.00 |

# Claims Proposed Distribution

## Case:  11-83364    OLIVER, HAROLD R

| Case Balance: | $5,964.25 | Total Proposed Payment: | $5,964.25 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 11-83364 : | | $14,647,897.40 | $7,196,940.15 | $0.00 | $7,196,940.15 | $5,964.25 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,121.69 | $3,121.69 | $0.00 | $3,121.69 | 100.000000% |
| Total Secured Claims : | $7,170,241.45 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $7,474,534.26 | $7,193,818.46 | $0.00 | $2,842.56 | 0.039514% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-83364
Case Name: OLIVER, HAROLD R
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 5,964.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Ottawa Savings Bank | 1,645,000.00 | 0.00 | 0.00 | 0.00 |
| 1S-2 | Ottawa Savings Bank | 1,645,000.00 | 0.00 | 0.00 | 0.00 |
| 2 | JP Morgan Chase Bank N>A> | 355,241.45 | 0.00 | 0.00 | 0.00 |
| 5S | First National Bank of Ottawa | 1,950,000.00 | 0.00 | 0.00 | 0.00 |
| 6S | First National Bank of Ottawa | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| 7S | First National Bank of Ottawa | 100,000.00 | 0.00 | 0.00 | 0.00 |
| 8S | First National Bank of Ottawa | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 9S | First National Bank of Ottawa | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 10S | First National Bank of Ottawa | 175,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,964.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 84.19 | 0.00 | 84.19 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,687.50 | 0.00 | 1,687.50 |

Total to be paid for chapter 7 administration expenses: $ 3,121.69
Remaining balance: $ 2,842.56

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,842.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,842.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,193,818.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Ottawa Savings Bank | 0.00 | 0.00 | 0.00 |
| 1U-2 | Ottawa Savings Bank | 215,042.79 | 0.00 | 84.97 |
| 3 | Inco Insurance Services, Inc. | 1,157.00 | 0.00 | 0.46 |
| 4 | The Private Bank And Trust Co. | 601,193.58 | 0.00 | 237.55 |
| 5U | First National Bank of Ottawa | 274,226.14 | 0.00 | 108.36 |
| 6U | First National Bank of Ottawa | 311,581.77 | 0.00 | 123.12 |
| 7U | First National Bank of Ottawa | 153,963.89 | 0.00 | 60.84 |
| 8U | First National Bank of Ottawa | 65,673.01 | 0.00 | 25.95 |
| 9U | First National Bank of Ottawa | 0.00 | 0.00 | 0.00 |
| 10U | First National Bank of Ottawa | 217,234.98 | 0.00 | 85.84 |
| 11 | First National Bank of Omaha, N.A. | 5,353,745.30 | 0.00 | 2,115.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,842.56 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**