# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: OLIVER, HAROLD R                    §    Case No. 11-83364
     OLIVER, REBECCA D                 §
                                       §
Debtor(s)                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 10/9/2013; in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated : __08/16/2013_____     By:  __/s/JOSEPH D. OLSEN_____

                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: OLIVER, HAROLD R         §    Case No. 11-83364

       OLIVER, REBECCA D       §

                                      §

Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,000.00 |
| *and approved disbursements of* | $ | 35.75 |
| *leaving a balance on hand of* [1] | $ | 5,964.25 |

**Balance on hand:**      $      5,964.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Ottawa Savings Bank | 1,645,000.00 | 0.00 | 0.00 | 0.00 |
| 1S-2 | Ottawa Savings Bank | 1,645,000.00 | 0.00 | 0.00 | 0.00 |
| 2 | JP Morgan Chase Bank N>A> | 355,241.45 | 0.00 | 0.00 | 0.00 |
| 5S | First National Bank of Ottawa | 1,950,000.00 | 0.00 | 0.00 | 0.00 |
| 6S | First National Bank of Ottawa | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| 7S | First National Bank of Ottawa | 100,000.00 | 0.00 | 0.00 | 0.00 |
| 8S | First National Bank of Ottawa | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 9S | First National Bank of Ottawa | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 10S | First National Bank of Ottawa | 175,000.00 | 0.00 | 0.00 | 0.00 |

     1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 5,964.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 84.19 | 0.00 | 84.19 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,687.50 | 0.00 | 1,687.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,121.69 |
| Remaining balance: | $ | 2,842.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,842.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,842.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 7,193,818.46 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Ottawa Savings Bank | 0.00 | 0.00 | 0.00 |
| 1U-2 | Ottawa Savings Bank | 215,042.79 | 0.00 | 84.97 |
| 3 | Inco Insurance Services, Inc. | 1,157.00 | 0.00 | 0.46 |
| 4 | The Private Bank And Trust Co. | 601,193.58 | 0.00 | 237.55 |
| 5U | First National Bank of Ottawa | 274,226.14 | 0.00 | 108.36 |
| 6U | First National Bank of Ottawa | 311,581.77 | 0.00 | 123.12 |
| 7U | First National Bank of Ottawa | 153,963.89 | 0.00 | 60.84 |
| 8U | First National Bank of Ottawa | 65,673.01 | 0.00 | 25.95 |
| 9U | First National Bank of Ottawa | 0.00 | 0.00 | 0.00 |
| 10U | First National Bank of Ottawa | 217,234.98 | 0.00 | 85.84 |
| 11 | First National Bank of Omaha, N.A. | 5,353,745.30 | 0.00 | 2,115.47 |

Total to be paid for timely general unsecured claims:    $         2,842.56
Remaining balance:    $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $              0.00
Remaining balance:    $              0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By:  /s/JOSEPH D. OLSEN _____

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-83364-TML
Harold R Oliver                                                             Chapter 7
Rebecca D Oliver
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Sep 13, 2013
                             Form ID: pdf006        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
db/jdb      Harold R Oliver,   Rebecca D Oliver,   15426A Millhurst,   Plano, IL 60545
17607849    +Castle Bank, NA,   109 W. Veteran's Parkway,   Yorkville, IL 60560-1905
17607850    +Chase Bank,   575 S. Randall Rd.,   Saint Charles, IL 60174-1533
20630871    +First National Bank of Omaha, N.A.,   Franks, Gerkin & McKenna, P.C.,   19333 E. Grant Hwy,
             Marengo, IL 60152-8234
20359816    +First National Bank of Ottawa,   Richard G. Larsen,   Klein Stoddard Buck & Lewis LLC,
             2045 Aberdeen Court,   Sycamore, IL 60178-3140
20350816    +First National Bank of Ottawa,   PO Box 657,   Ottawa, IL 61350-0657
17607852    +First Natl Bk,   1620 Dodge St Stop 1050,   Omaha, NE 68197-0002
19624912     Inco Insurance Services, Inc.,   POB 19725,   Irvince, CA 92623-9725
18001942    +JP Morgan Chase Bank N>A>,   RM-Chicago Southwest LPO,   5 N. Randall Road,
             Batavia, Il 60510-9208
19765662    +Office of the United States Trustee,   780 Regent Street, Suite 304,   Madison, WI 53715-2635
17607853     Old Second National Bank,   375 River Street,   Aurora, IL 60506
17607854    +Oswego Community Bank,   10 N. Madison St.,   Oswego, IL 60543-9472
17640233    +Ottawa Savings Bank,   C/o Steven Plato Troy Its Attorney,   116 North Chicago Street,
             Suite 202,   Joliet,Illinois 60432-4207
17607856    +The Private Bank And Trust Co.,   c/o Crowley & Lamb PC,   221 N  LaSalle St Ste 1550,
             Chicago, IL 60601-1224
20247776    +The Private Bank And Trust Company,   120 S. LaSalle Street,   Chicago, IL 60603-3412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17607851    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Sep 14 2013 00:04:59    First Midwest Bank,
             One Pierce Place,   Itasca, IL 60143-1254
17607855    +E-mail/Text: pdevermann@ottawasavings.com Sep 14 2013 00:02:20    Ottawa Savings Bank,
             925 Lasalle St,   Ottawa, IL 61350-2005
                                                                                 TOTAL: 2

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19765682*   +Office of the United States Trustee,   780 Regent Street, Suite 304,   Madison, WI 53715-2635
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2013 at the address(es) listed below:
          Alan  Garrow, ESQ   on behalf of Interested Party Barry  Niles agarrow@nealisgarrow.com
          Bradley J Waller   on behalf of Creditor   First National Bank of Ottawa bwaller@ksbwl.com,
            vmaurer@ksbwl.com
          Bradley J Waller   on behalf of Plaintiff   First National Bank of Ottawa bwaller@ksbwl.com,
            vmaurer@ksbwl.com
          Carole J. Ryczek   on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette   on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Francis J. Pendergast, III   on behalf of Creditor   The PrivateBank & Trust Company
            fpendergast@crowleylamb.com,  ibenavides@crowleylamb.com;docket@crowleylamb.com
          Francis X Buckley, Jr.   on behalf of Creditor   Old Second National Bank
            fxbuckleyjr@thompsoncoburn.com,  aversis@thompsoncoburn.com
          James M. Crowley   on behalf of Creditor   The PrivateBank & Trust Company
            jcrowley@crowleylamb.com,  docket@crowleylamb.com;mmusto@crowleylamb.com
          John S Biallas   on behalf of Defendant   Quarry Ledge, an IL Corp jsb70@comcast.net
          John S Biallas   on behalf of Defendant Harold R Oliver jsb70@comcast.net
          John S Biallas   on behalf of Defendant Rebecca D Oliver jsb70@comcast.net
          John S Biallas   on behalf of Joint Debtor Rebecca D Oliver jsb70@comcast.net
          John S Biallas   on behalf of Defendant Angelo C Kleronomos jsb70@comcast.net
          John S Biallas   on behalf of Plaintiff Rebecca D Oliver jsb70@comcast.net

```
District/off: 0752-3          User: cshabez          Page 2 of 2              Date Rcvd: Sep 13, 2013
                             Form ID: pdf006         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          John S Biallas    on behalf of Plaintiff Harold R Oliver jsb70@comcast.net
          John S Biallas    on behalf of Debtor Harold R Oliver jsb70@comcast.net
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Joshua D. Greene  on behalf of Defendant   First National Bank of Omaha, successor by merger
           with Castle Bank, N.A. jgreene@springerbrown.com
          Joshua D. Greene  on behalf of Plaintiff   First National Bank of Omaha NA
           jgreene@springerbrown.com
          Matthew  Johns    on behalf of Creditor   Old Second National Bank mjohns@thompsoncoburn.com,
           vbedgood@thompsoncoburn.com
          P Ann O'Connell   on behalf of Interested Party Thomas W O'Connell ann@loclaw.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Richard G Larsen  on behalf of Plaintiff   First National Bank of Ottawa
           rlarsen@kleinstoddard.com,   vmaurer@kleinstoddard.com
          Thomas E Springer on behalf of Defendant   First National Bank of Omaha, successor by merger
           with Castle Bank, N.A. tspringer@springerbrown.com,   jkrafcisin@springerbrown.com
          Thomas E Springer on behalf of Creditor   Castle Bank N.A. tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
                                                                                    TOTAL: 26
```