# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: OLIVER, HAROLD R                                 § Case No. 11-83364
       OLIVER, REBECCA D                                §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $17,359,217.71                     Assets Exempt: $175,027.71
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,842.56           Claims Discharged
                                                     Without Payment: $7,190,975.90

Total Expenses of Administration: $3,157.44

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,170,241.45 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,157.44 | 3,157.44 | 3,157.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,474,534.26 | 7,193,818.46 | 2,842.56 |
| **TOTAL DISBURSEMENTS** | $0.00 | $14,647,933.15 | $7,196,975.90 | $6,000.00 |

4) This case was originally filed under Chapter 7 on July 29, 2011. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2014          By: /s/JOSEPH D. OLSEN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against Greg Millen for Breach of Contract | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Ottawa Savings Bank | 4110-000 | N/A | 1,645,000.00 | 0.00 | 0.00 |
| 1S-2 | Ottawa Savings Bank | 4110-000 | unknown | 1,645,000.00 | 0.00 | 0.00 |
| 2 | JP Morgan Chase Bank N>A> | 4110-000 | N/A | 355,241.45 | 0.00 | 0.00 |
| 5S | First National Bank of Ottawa | 4110-000 | N/A | 1,950,000.00 | 0.00 | 0.00 |
| 6S | First National Bank of Ottawa | 4110-000 | N/A | 1,000,000.00 | 0.00 | 0.00 |
| 7S | First National Bank of Ottawa | 4110-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| 8S | First National Bank of Ottawa | 4110-000 | N/A | 150,000.00 | 0.00 | 0.00 |
| 9S | First National Bank of Ottawa | 4110-000 | N/A | 150,000.00 | 0.00 | 0.00 |
| 10S | First National Bank of Ottawa | 4110-000 | unknown | 175,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,170,241.45** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 84.19 | 84.19 | 84.19 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,687.50 | 1,687.50 | 1,687.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.75 | 5.75 | 5.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,157.44 | $3,157.44 | $3,157.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Ottawa Savings Bank | 7100-000 | N/A | 215,042.79 | 0.00 | 0.00 |
| 1U-2 | Ottawa Savings Bank | 7100-000 | unknown | 215,042.79 | 215,042.79 | 84.97 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Inco Insurance Services, Inc. | 7100-000 | N/A | 1,157.00 | 1,157.00 | 0.46 |
| 4 | The Private Bank And Trust Co. | 7100-000 | N/A | 601,193.58 | 601,193.58 | 237.55 |
| 5U | First National Bank of Ottawa | 7100-000 | N/A | 274,226.14 | 274,226.14 | 108.36 |
| 6U | First National Bank of Ottawa | 7100-000 | N/A | 311,581.77 | 311,581.77 | 123.12 |
| 7U | First National Bank of Ottawa | 7100-000 | N/A | 153,963.89 | 153,963.89 | 60.84 |
| 8U | First National Bank of Ottawa | 7100-000 | N/A | 65,673.01 | 65,673.01 | 25.95 |
| 9U | First National Bank of Ottawa | 7100-000 | N/A | 65,673.01 | 0.00 | 0.00 |
| 10U | First National Bank of Ottawa | 7100-000 | N/A | 217,234.98 | 217,234.98 | 85.84 |
| 11 | First National Bank of Omaha, N.A. | 7100-000 | N/A | 5,353,745.30 | 5,353,745.30 | 2,115.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,474,534.26 | $7,193,818.46 | $2,842.56 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Period Ending:** 06/10/14  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6.5 acres of Acres of vacant farmland, Route34, | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 10 acres of vacant farmland 50% Trust Beneficiar | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | 15426A Millhurst, Plano, Il 60545 | 2,500,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Mason Square Phase II 1100-1148, 1152-1168 Dougl | 4,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | 300 N. Lake Street, Montgomery, Il 60538 Trust 5 | 700,000.00 | 0.00 | | 0.00 | FA |
| 6 | 109-111 N. River Street, Montgomery, Il 60538 Tr | 950,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1996 Cannonball Trail, Bristol, Il 60512 | 150,000.00 | 0.00 | | 0.00 | FA |
| 8 | Mason Square Executive Center, (Lot 16) trust 59 | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 9 | 3 acres of vacant Farmland, 5529-5553 Manhatten | 200,000.00 | 0.00 | | 0.00 | FA |
| 10 | 107 Acres of vacant land, Ottawa, Il Trust 2454, | 1,070,000.00 | 0.00 | | 0.00 | FA |
| 11 | 65 acres of Vacant land, Ottawa, Il, Trust 2454, | 250,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1878 and 1880 N 2753 Rd., Ottawa, Il 61350 | 160,000.00 | 0.00 | | 0.00 | FA |
| 13 | Rt 47 and Rt 120, Yorkville, Il 60560 | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 14 | 15426A Millhurst, Plano, Entireties | Unknown | 0.00 | | 0.00 | FA |
| 15 | Old Second checking account 23-314-8 | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | Checking account 1st Midwest Bank | 1,549.00 | 0.00 | | 0.00 | FA |
| 17 | Savings account Old Second National Bank | 654.00 | 0.00 | | 0.00 | FA |
| 18 | Checking Account 1st Community Bank | 4,987.00 | 0.00 | | 0.00 | FA |
| 19 | Misc Household goods and furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 4 rooms of furniture and misc. Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | Northwestern Mutual Life policy #17-503268 Rebec | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Northwestern Mutual Life Insurance Policy # 15-1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Northwestern Mutual Life Insurance Policy 13-511 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Ironworkers Pension Plan | 21,900.16 | 0.00 | | 0.00 | FA |
| 25 | Laborer's Union Pension Fund Harold Oliver | 79,716.00 | 0.00 | | 0.00 | FA |
| 26 | Harold Oliver IRA Edward Jones & Co. | 25,120.00 | 0.00 | | 0.00 | FA |
| 27 | Rebecca Oliver, IRA Edward Jones & Co. | 35,391.55 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
    OLIVER, REBECCA D  
**Period Ending:** 06/10/14

**Trustee:** (330400)    JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 50% of Play it Again Sam,LLC 1022 Douglas Rd. Os | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 50% of Quarry Ledge, LLC owns 195 acres on Minkl | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 50% interest in Oliver-Weber partnership owns 31 | 0.00 | 0.00 | | 0.00 | FA |
| 31 | X & P Enterprises, LLC f/k/a HRM Properties & De | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 50% of Oliver Peskind, LLC Real Estate Holding C | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 100% of H & J Investments, LLC Real Estate Holdi | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 100 % of Shorewood Commons II, Lot 4, LLC f/k/a | 0.00 | 0.00 | | 0.00 | FA |
| 35 | 50% of Van Dyke Road / Plainfield, LLC mixed use | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 50% of Adams Street Oswego, LLC Real Estate Hold | 0.00 | 0.00 | | 0.00 | FA |
| 37 | Cause of action against Private Bank for Fraud, | Unknown | 0.00 | | 0.00 | FA |
| 38 | Counter claim agsint Castle Bank for fraud. | Unknown | 0.00 | | 0.00 | FA |
| 39 | Claim against Greg Millen for Breach of Contract | Unknown | 6,000.00 | | 6,000.00 | FA |
| 40 | 2002 Cadillac DeVille 4 door | 2,500.00 | 0.00 | | 0.00 | FA |
| 41 | 2000 Dodge Grand Caravan | 1,900.00 | 0.00 | | 0.00 | FA |
| 42 | Misc. computers printers and phones and Office E | 500.00 | 0.00 | | 0.00 | FA |
| 43 | Interest in Hicks Dome Minteral Co.  (u) | 0.00 | 8,000.00 | | 0.00 | FA |
| 44 | 100% Mason Corporation, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 45 | 100% HRM Holdings, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 46 | 100% HRM Commercial, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 47 | 100% HRM Residential, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 47 | Assets    Totals (Excluding unknown values) | $17,359,217.71 | $14,000.00 | | $6,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Period Ending:** 06/10/14

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/28/12 (c)  
**§341(a) Meeting Date:** 01/03/13  
**Claims Bar Date:** 06/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2014  **Current Projected Date Of Final Report (TFR):** September 12, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-83364  
**Case Name:** OLIVER, HAROLD R  
OLIVER, REBECCA D  
**Taxpayer ID #:** **-***5346  
**Period Ending:** 06/10/14

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/13 | {39} | RJ Keck Pipe & Supply Company | Settlement re: Breach of Contract | 1129-000 | 6,000.00 | | 6,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #11-83364, Bond #016018067 | 2300-000 | | 5.75 | 5,984.25 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,974.25 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,964.25 |
| 10/11/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 4,614.25 |
| 10/11/13 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,687.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,687.50 | 2,926.75 |
| 10/11/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $84.19, Trustee Expenses; Reference: | 2200-000 | | 84.19 | 2,842.56 |
| 10/11/13 | 105 | Ottawa Savings Bank | Dividend paid 0.03% on $215,042.79; Claim# 1U-2; Filed: $215,042.79; Reference: | 7100-000 | | 84.97 | 2,757.59 |
| 10/11/13 | 106 | The Private Bank And Trust Co. | Dividend paid 0.03% on $601,193.58; Claim# 4; Filed: $601,193.58; Reference: | 7100-000 | | 237.55 | 2,520.04 |
| 10/11/13 | 107 | First National Bank of Omaha, N.A. | Dividend paid 0.03% on $5,353,745.30; Claim# 11; Filed: $5,353,745.30; Reference: | 7100-000 | | 2,115.47 | 404.57 |
| 10/11/13 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.46 | 404.11 |
| 10/11/13 | 109 | First National Bank of Ottawa | Combined Check for Claims#5U,6U,7U,8U,10U | | | 404.11 | 0.00 |
| | | | Dividend paid 0.03% on $274,226.14; Claim# 5U; Filed: $274,226.14 | 7100-000 | 108.36 | | 0.00 |
| | | | Dividend paid 0.03% on $311,581.77; Claim# 6U; Filed: $311,581.77 | 7100-000 | 123.12 | | 0.00 |
| | | | Dividend paid 0.03% on $153,963.89; Claim# 7U; Filed: $153,963.89 | 7100-000 | 60.84 | | 0.00 |
| | | | Dividend paid 0.03% on $65,673.01; Claim# 8U; Filed: $65,673.01 | 7100-000 | 25.95 | | 0.00 |
| | | | Dividend paid 0.03% on $217,234.98; Claim# 10U; Filed: $217,234.98 | 7100-000 | 85.84 | | 0.00 |

Subtotals : $6,000.00    $6,000.00

{} Asset reference(s)

Printed: 06/10/2014 01:53 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83364
**Case Name:** OLIVER, HAROLD R
OLIVER, REBECCA D
**Taxpayer ID #:** **-***5346
**Period Ending:** 06/10/14

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******5166 - Checking Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

```
Net Receipts :       6,000.00
                  _____
Net Estate :        $6,000.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)

Printed: 06/10/2014 01:53 PM    V.13.15